## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DENISE LOPEZ, Individually, and
as Personal Representative of the Estate of Joe Remijio Baca,
MANUEL HERRERA, ADRIAN HERRERA,
BERNADETTE CHAVEZ, and JESSICA A. CHAVEZ,

    Plaintiffs,

v.    No. 14-00168 KG/KBM

SMITH'S FOOD & DRUG CENTERS, INC.,
and GIANT #6020 a/k/a WESTERN REFINING
SOUTHWEST, INC., and/or affiliated Companies,
MANNY GONZALES and ALERJEAN CHARLEY,

    Defendants.

## STIPULATED ORDER OF DISMISSAL

THIS MATTER having come before the Court on the Joint Motion to Dismiss Plaintiffs' Complaint with prejudice, the Court having reviewed said Motion and being otherwise fully advised in the premises, FINDS that the Motion is well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiffs' Complaint and all claims and causes which could have been brought are hereby dismissed with prejudice. All parties shall bear their own costs.

                                              UNITED STATES DISTRICT JUDGE

APPROVED:

*/s/ Gabrielle M. Valdez*
Gabrielle M. Valdez
For Plaintiffs

*/s/ Michael P. Clemens*

Michael P. Clemens
For Defendant Smith's Food & Drug Centers, Inc.